BONDURANT v. BONDURANT

No. 170.

Case below: 54 N.C. App. 493.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.

BURNS v. MEYERS

No. 108 PC.

Case below: 54 N.C. App. 191.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

CALDWELL v. ST. PAUL INSURANCE CO.

No. 128 PC.

Case below: 54 N.C. App. 346.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.

CITY OF WINSTON-SALEM v. TICKLE

No. 65 PC.

Case below: 53 N.C. App. 516.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.

COBB v. COBB

No. 149 PC.

Case below: 54 N.C. App. 230.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.